UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:    TIMOTHY LOUIS STELLY          CASE NO.: 24-50699

    Debtor                              Chapter 13

*********************************************************************

## MOTION TO EXTEND STAY

NOW INTO COURT, through undersigned counsel, comes the Debtor, TIMOTHY LOUIS STELLY, who submits the following to the Court in support of an extension of the stay to confirmation.

1.

The Debtor has filed six (6) prior cases as follows:

a. Case Number 23-50643 was filed September 13, 2023. The Debtor's Chapter 13 Plan payments were $3,585.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $7,685.00. This case was dismissed on February 23, 2024 because the Debtor could not make his plan payments.

b. Case number 22-50336 was filed May 24, 2022. The Debtor's Chapter 13 Plan payments were $1,456.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made no payments to the Trustee. This case was dismissed on July 29, 2022 because the Debtor became delinquent in plan payments.

c. Case number 21-50611 was filed October 4, 2021. The Debtor's Chapter 13 Plan payments were $3,005.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made no payments to the Trustee. This case was dismissed on January 27, 2022 because the Debtor became delinquent in plan payments.

d. Case number 20-50119 was filed February 8. 2020. The Debtor's Chapter 13 Plan payments were $2,219.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $15,883.00. This case was dismissed on January 12, 2021 because the Debtor became delinquent in plan payments.

e. Case number 18-51164 was filed September 18, 2018. The Debtor's Chapter 13 Plan payments were $3,790.00 per month and a Chapter 13 Plan was confirmed on August 1, 2019. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $38,486.99. This case was dismissed on October 29, 2019 because the Debtor became delinquent in plan payments.

f. Case number 17-51390 filed October 21, 2017. The Debtor's Chapter 13 Plan payments were $1,330.00 per month but the Debtor did not confirm a Chapter 13 plan in this case. The Debtor did make payments to the Trustee totaling the sum of $10,026.20. That case was dismissed on August 2, 2022 because the Debtor became delinquent in plan payments.

2.

The Debtor currently works at Guidry's Fresh Cuts as an inspector. The non-filing spouse works as a nursing supervisor at Our Lady of the Lake Hospital. The Debtor has recently applied for a job as a maintenance mechanic at the FMOL Health Systems Heart Hospital. This job would result in a significant pay increase.

3.

The Debtor and non-filing spouse primary debt is a tax debt owed to the Internal Revenue Service for tax years 2012, 2013, 2014, 2015, 2016 and 2017. This IRS debt has resulted in a tax lien being filed and a large priority debt owed. The non-filing spouse is currently working with a local tax attorney in an attempt to lower the tax debt owed.

4.

The Debtor and non-filing spouse are committed to making the necessary sacrifices to make this plan work. The increased pay at the Debtor's new job should bring more money into the budget and the non-filing spouse is working diligently to reduce the tax debt owed to the Internal Revenue Service.

5.

The Debtor believes that this case is filed in good faith and that he can afford the new proposed plan payments. In support of this Motion, the Debtor has attached an affidavit as Exhibit 1.

6.

The Debtor requests that the Court extend the stay through confirmation.

WHEREFORE, the Debtor, TIMOTHY LOUIS STELLY, prays that this Motion be filed, a hearing be had and that after consideration, the Court extend the stay through confirmation.

August 13, 2024                    Respectfully Submitted By:

/s/ David Patrick Keating

DAVID PATRICK KEATING [14417]
THE KEATING FIRM
P.O. Box 3426
Lafayette, LA 70502
Telephone: (337) 233-0300
Email: rick@dmsfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:     TIMOTHY LOUIS STELLY                    CASE NO.:

           Debtor                                   CHAPTER 13
************************************************************************

## AFFIDAVIT

Before me Notary, personally came and appeared:

TIMOTHY LOUIS STELLY

who after first being duly sworn, did state that he has been a Debtor in six (6) prior Chapter 13 proceedings as follows:

1. Case Number 23-50643 was filed September 13, 2023. The Debtor's Chapter 13 Plan payments were $3,585.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $7,685.00. This case was dismissed on February 23, 2024 because the Debtor could not make his plan payments.

2. Case number 22-50336 was filed May 24, 2022. The Debtor's Chapter 13 Plan payments were $1,456.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made no payments to the Trustee. This case was dismissed on July 29, 2022 because the Debtor became delinquent in plan payments.

3. Case number 21-50611 was filed October 4, 2021. The Debtor's Chapter 13 Plan payments were $3,005.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made no payments to the Trustee. This case was dismissed on January 27, 2022 because the Debtor became delinquent in plan payments.

4. Case number 20-50119 was filed February 8, 2020. The Debtor's Chapter 13 Plan payments were $2,219.00 per month and a Chapter 13 Plan was not confirmed in this case. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $15,883.00. This case was dismissed on January 12, 2021 because the Debtor became delinquent in plan payments.

5. Case number 18-51164 was filed September 18, 2018. The Debtor's Chapter 13 Plan payments were $3,790.00 per month and a Chapter 13 Plan was confirmed on August 1, 2019. During the pendency of the case, the Debtor made payments to the Trustee totaling the sum of $38,486.99. This case was dismissed on October 29, 2019 because the Debtor became delinquent in plan payments.

6. Case number 17-51390 filed October 21, 2017. The Debtor's Chapter 13 Plan payments were $1,330.00 per month but the Debtor did not confirm a Chapter 13 plan in this case. The Debtor did make payments to the Trustee totaling the sum of $10,026.20. That case was dismissed on August 2, 2022 because the Debtor became delinquent in plan payments.

The Debtor currently works as an inspector for Guidry's Fresh Cuts Produce. The Debtor's wife works as a nursing supervisor for Our Lady of Lourdes. The Debtor has recently applied for a job as a maintenance mechanic at the FMOL Health Systems Heart Hospital. This job would result in a significant increase in pay. The Debtor's and non-filing spouse's major debt is a tax debt owed to the Internal Revenue Service for tax years 2012, 2013, 2014, 2015, 2016 and 2017. This IRS debt has resulted in a tax lien being filed and a large priority claim. The non-filing spouse is currently working with a local tax attorney in an attempt to lower the tax debt owed.

The Debtor and his non-fling spouse are committed to making the necessary sacrifices to make this plan work. The increased pay at the Debtor's new job should bring more money into the budget and the non-filing spouse is working diligently to reduce the tax debt owed to the Internal Revenue Service.

The Debtor believes that this case is filed in good faith and that he can afford the new plan payments. The Debtor is requesting that the Court extend the stay through confirmation.

_____
TIMOTHY LOUIS STELLY

SWORN TO AND SUBSCRIBED BEFORE ME this 13th day of August, 2024, in Lafayette, Lafayette Parish, Louisiana.

_____
NOTARY PUBLIC
DAVID PATRICK KEATING (14417)

DAVID PATRICK KEATING
Notary Public
State of Louisiana
Notary ID #13771
My Commission is for Life